IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50223
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOMAS ORTIZ-PEREZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-272-1
- - - - - - - - - -

Consolidated with

* * * * * * * * * * * * * * * * * * * * *

_____

No. 98-50229
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWIN RAMON GUILLEN-HERNANDEZ,
also known as Alexis Cruz-Selaya,
also known as Alexi Amed Selaya-Funez,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-336-ALL
- - - - - - - - - -

Consolidated with

No. 98-50230
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NOE DE LUNA-BERRONES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-360-ALL
- - - - - - - - - -

Consolidated with

* * * * * * * * * * * * * * * * * * * * * * *

No. 98-50401
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFREDO FUENTES-REA, also known as Rodolfo
Hernandez-Andrade, also known as Lorenzo
Leon-Corona, also known as Alfredo Seves-
Fuentes, also known as Alfonso Reyes-Fuentes,
also known as Raul Tolentino-Berrano,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-396-ALL
- - - - - - - - - -

Consolidated with

No. 98-50437
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO ALVAREZ-OLALDE, also known as
Alfredo Alfenddelin-Olinde,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-309-ALL
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The appellants pleaded guilty to illegally reentering the country after having been deported. They argue that the district court erred when it increased their offense levels by 16 under U.S. Sentencing Guidelines § 2L1.2(b)(1)(A) for their prior state drug convictions. They contend that, because their state felony drug convictions would be only misdemeanors under federal law, their prior convictions were not "drug-trafficking crime[s]" under 18 U.S.C. § 924(c)(2) and did not constitute "aggravated felon[ies]" for purposes of § 2L1.2(b)(1)(A). Their argument is foreclosed by United States v. Hinojosa-Lopez, 130 F.3d 691, 694 (5th Cir. 1997). The appellants' convictions and sentences are

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.